THE FARMERS' HIGHLINE CANAL AND RESERVOIR COM-
PANY v. BECHTOLT.   SAME v. ALLEN.

These cases are decided upon the authority of *Farmers' Highline Canal
and Reservoir Company v. White, ante, p. 1.*

*Appeal from the District Court of Jefferson County.*

Messrs. PENCE & PENCE, for appellant.

Messrs. BENEDICT & PHELPS and Mr. R. H. GILMORE, for
appellees.

PER CURIAM.  The questions of law and fact in these cases
are the same as those determined in *Reservoir Co. v. White,
ante,* p. 1.   They are submitted upon the briefs and argu-
ments in that case, and by stipulation were to abide the
result; hence the respective decrees will be reversed and
causes remanded, in conformity with the opinion in that case.
*Reversed.*